FILED
CLERK, U.S. DISTRICT COURT

MAR 16 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MENDEZ CONCRETE, and ) <br> MICHAEL ROBERTS, ) <br> ) <br> Defendants. ) | Case No. CR 07-767-RCF <br><br> JUDGMENT |

Pursuant to the Order Granting Defendant's Motion to Dismiss,

IT IS ADJUDGED the action is dismissed as to both defendants for lack of jurisdiction.

DATED: March 16, 2009

RITA COYNE FEDERMAN
UNITED STATES MAGISTRATE JUDGE